1  FRANK FRISENDA (S.B. #85580)
   FRISENDA, QUINTON & NICHOLSON
2  11601 Wilshire Blvd., Suite 500
   Los Angeles, CA  90025
3  Telephone:  (702)  792-3910
   Facsimile:   (702)  436-4176
4  E-Mail:  frankfrisenda@aol.com
   Attorneys for Plaintiff Ever Win
5  International Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVER WIN INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>E.S.I. CASES & ACCESSORIES, INC., a New York corporation; and DOES 1 thru 10, inclusive,<br><br>            Defendants. | Case No.  CV13-CV-02601JVS(RZ)<br><br>FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION |

   Plaintiff Ever Win International Corporation ("Ever Win") and E.S.I. Cases & Accessories, Inc. ("E.S.I.") hereby stipulate and jointly move for entry of final judgment as follows:

   WHEREAS, Ever Win and E.S.I. entered into a Confidential Settlement Agreement ("Settlement Agreement") that disposed of all the claims in this Action; and

   WHEREAS, pursuant to the Settlement Agreement, Ever Win and E.S.I. have agreed to the entry of a Final Consent Judgment and Permanent Injunction that

will provide as follows:

1. That this Court has subject matter jurisdiction over this action as well as personal jurisdiction over Ever Win and E.S.I.

2. That venue is proper in this judicial district.

3. That Ever Win is the owner of U.S. Design Patent No. D624,501S " (the '501patent").

4. That Ever Win is the owner of U.S. Design Patent No. D626,072S "(the '072 patent).

5. That the '501 and '072 patents are hereinafter collectively referred to as "the patents-in-suit". That the patents-in-suit are each valid and duly issued by the US Patent and Trademark Office.

7. That E.S.I. has used, manufactured, sold, offered for sale, and/or imported into the U.S. versions of E.S.I.'s "Duracell Dual Mini-Charger" (E.S.I.'s Model No. SKU 6704045) and "Duracell Dual Mini USB Car Charger, Model No. DU 6117" (collectively "Accused Products"), as depicted in Exhibits to the Complaint for Patent Infringement .

8. That E.S.I. has used, manufactured, sold, offered for sale, and/or imported in the U.S. versions of the Accused Products.

9. Pursuant to the Patent Act, 35 U.S.C. § 283, E.S.I., together with their officers, members, directors, agents, servants, employee and affiliates thereof, representative and attorneys, and all persons acting or attempting to act in concert or participation with them, are permanently enjoined and restrained from making, using, offering to sell, selling, or distributing within the United States, its territories and possession, or by importing into the United States, its territories and possession, the Accused Products, or any other goods that are no more than colorable variations thereof and that infringe the patents-in-suit, during the life of the patents-in-suit.

10. The Final Judgment shall be entered in favor of Ever Win against E.S.I. on Ever Win's causes of action for infringement of the patents-in-suit.

11. That the claims and counterclaims asserted in this litigation, be dismissed with prejudice.

12. That no other or further relief be granted to Ever Win or E.S.I. with respect to each other.

13. That Ever Win and E.S.I. affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

14. That each party will bear its own costs and attorneys' fees for this action.

15. That this Court retain jurisdiction to monitor and enforce compliance with the Permanent Injunction.

IT IS SO STIPULATED AND AGREED.

| FRISENDA, QUINTON & NICHOLSON | E.S.I. CASES & ACCESSORIES, INC. |
|---|---|
| By_____<br>  Frank Frisenda<br>  Attorneys for Plaintiff<br>  Ever Win International Corp. | By_____<br>  Elliot Azoulay<br>  Chief Executive Officer<br>  E.S.I. Cases & Accessories, Inc. |

IT IS SO ORDERED AND DECREED, AND FINAL JUDGMENT IS HEREBY ENTERED.

DATED: September 16, 2014     _____
                              Hon. James V. Selna